JS - 6

**FILED: 11/14/11**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jose Carlos Del Cid*, | CASE NO. CV 11-6570-GHK (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12*, | |
| Defendant. | |

Pursuant to the Court's November 14, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiff Jose Carlos Del Cid's ("Plaintiff") claims against First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12 are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 14, 2011

_____
GEORGE H. KING
United States District Judge