**E-FILED 04/06/2012**
**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Jose Carlos Del Cid*, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> *First Franklin Mortgage Loan Trust,* ) <br> *Mortgage Loan Asset-Backed* ) <br> *Certificates, Series 2005-FF12*, ) <br> ) <br> **Defendant.** ) <br> _____) | **CASE NO. CV 11-6570-GHK (RZx)** <br><br> **JUDGMENT** |

Pursuant to the Court's April 6, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Jose Carlos Del Cid's ("Plaintiff") claims against Defendant Citibank, as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12 are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: April 6, 2012

_____
GEORGE H. KING
United States District Judge